# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID R. FARRIS                                                              PLAINTIFF

v.                                    NO. 4:11CV00459 JMM/HDY

MICHAEL J. ASTRUE, Commissioner                                              DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff David R. Farris ("Farris") has filed the pending unopposed motion for

enlargement of time to file a brief. See Document 13. For good cause shown, the motion

is granted. Farris is given up to, and including, October 26, 2011, to file a brief. The brief

from the Commissioner of the Social Security Administration is due forty-two days from

the filing of Farris' brief.

IT IS SO ORDERED this ____22____ day of September, 2011.


_____
UNITED STATES MAGISTRATE JUDGE