
<...>


# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID R. FARRIS                                                                      PLAINTIFF

v.                                    NO. 4:11CV00459 JMM/HDY

MICHAEL J. ASTRUE, Commissioner                                          DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff David R. Farris ("Farris") has filed the pending unopposed motion for enlargement of time to file a brief. See Document 13. For good cause shown, the motion is granted. Farris is given up to, and including, October 26, 2011, to file a brief. The brief from the Commissioner of the Social Security Administration is due forty-two days from the filing of Farris' brief.

IT IS SO ORDERED this    22    day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE