IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**David R. Farris**                                                                                                       **Plaintiff**

**No. 4:11-CV-459-JMM**

**Michael J. Astrue, Commissioner,**                                                                **Defendant**
**Social Security Administration**

**JUDGMENT**

Pursuant to the order entered in this case on this date, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff David R. Farris's applications for disability income benefits and supplemental security income, is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

It is so ordered this 25th day of July, 2012.


United States District Judge